1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

**IT IS SO ORDERED**
*Judge Edward J. Davila*
7/11/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YUAN'S BROTHERS CORPORATION, a California corporation, dba HUNAN HOME'S RESTAURANT,<br><br>　　　　Defendant. | Case No. 5:13-cv-01443-EJD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed:　April 1, 2013<br>Trial Date:　　　　None |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Yuan's Brothers Corporation, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed in its entirety with prejudice.  Each party shall bear their own fees and costs. The Clerk shall close this file.

Date: July 10, 2013　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　Cecil Shaw

///

---

*Shaw v. Yuan's Brothers Corporation, et al.*, Case No. 5:13-cv-01443-EJD
Stipulation for Dismissal of Action with Prejudice

Page 1

| | | |
|---|---|---|
| 1 | Date: July 10, 2013 | LAW OFFICE OF JASON G. GONG |
| 2 | | *A Professional Corporation* |
| 3 | | */s/ Jason G. Gong* |
| 4 | | Jason G. Gong |
| | | Attorneys for Defendant |
| 5 | | Yuan's Brothers Corporation, a California corporation, dba Hunan Home's Restaurant |

*Shaw v. Yuan's Brothers Corporation, et al.*, Case No. 5:13-cv-01443-EJD
Stipulation for Dismissal of Action with Prejudice
Page 2