Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

IT IS SO ORDERED

Judge Edward J. Davila

7/11/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case No. 5:13-cv-01443-EJD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| YUAN'S BROTHERS CORPORATION, a California corporation, dba HUNAN HOME'S RESTAURANT, | Complaint Filed:   April 1, 2013<br>Trial Date:          None |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Yuan's Brothers Corporation, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed in its entirety with prejudice. Each party shall bear their own fees and costs. The Clerk shall close this file.

Date: July 10, 2013                                    MOORE LAW FIRM, P.C.

                                                        /s/ Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff
                                                        Cecil Shaw

///

*Shaw v. Yuan's Brothers Corporation, et al.*, Case No. 5:13-cv-01443-EJD
Stipulation for Dismissal of Action with Prejudice
Page 1

1    Date: July 10, 2013

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

*/s/ Jason G. Gong*
Jason G. Gong
Attorneys for Defendant
Yuan's Brothers Corporation, a California
corporation, dba Hunan Home's Restaurant

*Shaw v. Yuan's Brothers Corporation, et al.*, Case No. 5:13-cv-01443-EJD
Stipulation for Dismissal of Action with Prejudice
Page 2